

100 GARDEN CITY PLAZA, SUITE 500
GARDEN CITY, NEW YORK 11530
T: 516-203-7600
F: 516-282-7878

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   11/23/2021
```

November 23, 2021

*Via ECF*
Hon. Mary Kay Vyskocil
U.S. District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *Green v. Experian Information Solutions, Inc. and Trans Union LLC*
           **Docket No: 1:21-cv-07214-MKV**
           **Joint Letter Requesting Adjournment of Initial Conference**

Dear Judge Mary Kay Vyskocil:

    We are the attorneys for Plaintiff in this matter. Your honor has scheduled an initial pre-trial conference to occur on December 2, 2021 at 2:00 pm. This letter is being sent with the joint consent of all remaining parties formally requesting that the initial conference and all relevant deadlines be adjourned for at least thirty days. This is the first request of its kind. Due to an issue with service, Experian Information Solutions, Inc ("Experian") was deprived the opportunity to adequately review the case from the purported date of service and became aware of the pending action on or around November 17, 2021. This adjournment would provide sufficient time for Experian to pull the file for this specific Plaintiff in preparation for the conference and allow them to engage in a more meaningful one-hour long settlement discussion, pursuant to Your Honor's Civil Case Management Plan.

    Thank you for your consideration of this request.

                                                        Respectfully submitted,

                                                       /s *Alain Cesar*
                                                       Alain Cesar, Esq.
                                                      516-203-7600 ext 1270
                                                      acesar@sanderslaw.group
                                                      Attorney for Plaintiff

---

**GRANTED. The telephonic IPTC is ADJOURNED to January 14, 2022 at 10:00 AM. Joint letter and proposed CMP due January 7, 2022.**

Date: Nov. 23, 2021
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge