UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/14/2021

RAHSAN SHAREEM GREEN,

    Plaintiff,

-against-

MONEYLION INC. et al.

    Defendants.

21-cv-7214 (MKV)

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

    The parties have informed the Court that the plaintiff has reached a settlement with each defendant [ECF Nos. 22, 29]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by January 14, 2022. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004). All other dates and deadlines are adjourned *sine die*.

**SO ORDERED.**

Date: **December 14, 2021**
      **New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**